**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| In re: | ) |
| | )      CHAPTER 7 |
| JEFFREY J. PROSSER, | ) |
| | )      Case No. 06-30009 |
| Debtor. | ) |
| | ) |
| OAKLAND BENTA, JEFFREY J. PROSSER, | )      Adv. Proc. 3:21-ap-03001 (MFW) |
| AND DAWN E. PROSSER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )      Related to: Dkt. Nos. 39, 40 & 52 |
| | ) |
| CHRISTIE'S INC., CHARLES ANTIN, FOX | ) |
| ROTHSCHILD LLP, YANN GERON, | ) |
| WILLIAN STASSEN, DAVID M. NISSMAN, | ) |
| JAMES CARROLL, | ) |
| | ) |
| Defendants. | ) |

**JOINT NOTICE OF APPEAL
OF THE
ORDER DISMISSING THE ADVERSARY PROCEEDING [Dkt. No. 40] AND THE
ORDER DENYING PLAINTFFS' MOTION FOR RECONSIDERATION [Dkt. No. 52]**

Notice is hereby given pursuant to 28 U.S.C. § 158(a) that Plaintiffs Jeffrey J. Prosser,

Dawn Prosser, and Oakland Benta appeal to the District Court for the Virgin Islands, Division of

St. Thomas and St. John, the Order dismissing the Plaintiffs' adversary complaint (a copy of

which is annexed hereto as "Exhibit A") which Order was entered on the docket on August 26,

2022, and the Order denying the Plaintiffs' Motion for Reconsideration (a copy of which is

annexed hereto as "Exhibit B") which was entered on the docket on November 15, 2022. Both

Orders were entered by the Honorable Mary F. Walrath, Bankruptcy Court Judge for the Virgin

Islands District Court, Bankruptcy Division.

The names of all parties to the Orders appealed from, and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

**Defendant Trustee,**

James P. Carroll
4 Mount Royal Ave., Suite 420
Marlboro, MA 01752
Telephone: (508) 229-3366
Fax: (508) 229-3365

Counsel for the Trustee,
Elizabeth C. Viele
Fox Rothschild LLP
101 Park Avenue Suite 1700
New York, NY 10178
212-878-7900
Email: eviele@foxrothschild.com

AND

Bernard C. Pattie
Law Office of Bernard C. Pattie
1244 Queen Cross Street, Suite 5
Christiansted, USVI 00820
Telephone: (340) 692-7707
Fax: (340) 692-7719
boinic@compuscrve.com
paralcgal.beppc@vipowernct.net

**Defendant,**

Yann Geron
370 Lexington Avenue
Suite 1101
New York, NY 10017
646-560-3224

Represented by:
Elizabeth C. Viele
(See above for address)

**Defendant,**

William Stassen
2000 Market Street
20th Floor
Philadelphia, PA

2

19103-3222
212-299-2853

Represented by:
Elizabeth C. Viele
(See above for address)

**Defendant,**

Charles H Antin
81 Saint Marks Place
Apt. 41
Brooklyn, NY 11217
203-594-2075

Represented by:
Rachel Erin Hudgins
Hunton Andrews Kurth LLP
600 Peachtree Street, NE
Suite 4100
Atlanta, GA 30308-2216
404-888-4110
Email: rhudgins@huntonak.com

AND

Joseph A. Patella
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000
Fax : (212) 309-1100
Email: jpatella@huntonak.com

AND

Joseph Anthony Patella
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
212-850-2839
Email: jpatella@akllp.com

**Defendant,**

David Marshall Nissman
c/o Gordon C. Rhea, Esquire

Richardson Patrick Law Firm
1037 Chuck Dawley Blvd, Bldg. A
Mt. Pleasant, SC 29464
843-727-6500

Represented by:
Rachel Erin Hudgins
(See above for address)

AND

Joseph A. Patella
(See above for address)

AND

Joseph Anthony Patella
(See above for address)

**Defendant,**

Fox Rothschild, L.L.P.
Fox Rothschild, L.L.P.
2000 Market Street, 10th Floor
Philadelphia, PA 19103
215-299-2853

Represented by:
Elizabeth C. Viele
(See above for address)

**Defendant,**

Christie's Inc
20 Rockefeller Plaza
New York, NY 10020
1-212-636-2000

Represented by:
Rachel Erin Hudgins
(See above for address)

AND

Joseph A. Patella
(See above for address)

AND

Joseph Anthony Patella
(See above for address)


Date: November 23, 2022.

**The Law Office of Norman A. Abood**
/s/ Norman A. Abood
Norman A. Abood (OH. Sup. Ct.#0029004)
101 Broadcast Building
136 N. Huron St.
Toledo, OH 43604
Phone:        419-724-3700
Fax:          419-724-370 I
E-Mail:       Norman@nabood.com
Admitted *Pro Hac Vice*

-And-

**Robert F. Craig**
/s/ Robert F. Craig
Robert F. Craig (NE Sup. Ct.#10819)
P.O. Box 415
Boys Town, NE 68010
Phone: 402-408-6000
E-Mail: robert@craiglawpc.com
Admitted Pro Hac Vice

-And-

**Law Office of Lawrence H. Schoenbach**
/s/ Lawrence H. Schoenbach
Lawrence H. Schoenbach (USVI Bar No. 770)
The Trinity Building
111 Broadway, 13th Floor
New York, NY 10006
Phone:        212-346-2400
Fax:          212-346-4665
E-Mail:       schoenbachlawoffice@att.net

*Attorneys for Jeffrey J. Prosser*

-And-

**DAWN E. PROSSER**

By: _____
Dawn E. Prosser, *Pro Se*

-And-

**OAKLAND BENTA**

By: _____
Oakland Benta, *Pro Se*

E-Mail: schoenhach\awoffice@att.net

*Attorneys for Jeffrey J. Prosser*

-And-

### DAWN E. PROSSER

By: _____

Dawn E. Prosser, *Pro Se*

-And-

**OAKLAND BENTA**

By _____

Oakland Benta, *Pro Se*